IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

GARY STRATTON, )
)
Plaintiff, )
)
vs. ) No. 04CV01312RWS
)
JOHN W. STASSI, )
)
Defendant. )

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above-entitled cause,

that said cause having been settled, it may be dismissed with prejudice to plaintiff, all costs

having been paid.

s/ _____

GEOFFREY R. JONES
Padberg & Corrigan
1010 Market, Suite 650
St. Louis, Missouri 63101
ATTORNEYS FOR PLAINTIFF

s/ _____

KENNETH L. HALVACHS
Gundlach, Lee, Eggmann, Boyle &
    Roessler LLC
5000 W. Main Street, Box 23560
Belleville, IL 62223-0560
ATTORNEYS FOR DEFENDANT